**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 29, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00585-CV

---

## IN RE HERMON GHEBREWOLDI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-59093**

---

## MEMORANDUM OPINION

On Tuesday, August 13, 2024, relator Hermon Ghebrewoldi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mike Englehart, presiding judge of the 151st District Court of Harris County, to vacate his July 15, 2024 order compelling relator's second deposition.

Relator has not established that she is entitled to mandamus relief. Thus, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.